**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** _Fifth_ **DISTRICT OF TEXAS**
_Dallas_ **DIVISION**

Walter Arnoldo Sagastume # 1478496
Plaintiff's name and ID Number

Price Daniel Unit
Place of Confinement

CASE NO. 05-07- 01560- CR
05-07- 01559 -CR
(Clerk will assign the number)

V.

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

Walter Arnoldo Sagastume.
Defendant's name and address

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk

I, Walter Arnoldo Sagastume, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

|   |   | Yes | No |
|---|---|---|---|
| a. | Business, profession or from self-employment? | ☐ | ☑ |
| b. | Rent payments, interest or dividends? | ☐ | ☑ |
| c. | Pensions, annuities or life insurance payments? | ☐ | ☑ |
| d. | Gifts or inheritances? | ☐ | ☑ |
| e. | Family or friends? | ☐ | ☑ |
| f. | Any other sources? | ☐ | ☑ |

If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

_____

_____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

Yes ☐          No ☑

If you answered **YES** to any of the questions above, state the total value of the items owned.

_____

_____

1

☆ATCIFP (REV. 9/02)

3. Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐    No ☑

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ~~August~~ 25 day of _August_ , 20 15 .

_____ _14]8496_
Signature of Plaintiff                        ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

August 25, 2015

Dear, District Clerk,

At this time I, Walter Arnoldo, Sagastume,
T.d.c.j. no. 1478496
As a (Pro Se) would like to receive copies of
of all Transcripts (Court), Clerks Records, Arrest Report,
and Court Reporters Records, including indictment and
Judgement in sentening in—cause no. 05-07-01559-CR
                                     05-07-01560-CR

Enclosed is a copy on my In-Forma Pauperis Form,
and Data, Stating my inability to pay cost or fees
for these Court Documents.

Thank You for Your Assistance.
Sincerly, _____

Walter Arnoldo. Sagastume          In the Fifth th
        Pro Se                     District Court of
           VS.
State of Texas                     Dallas County, Texas.
                                   Dallas            .

Re: Court of appeals number; 05-07-01559-CR

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        09/01/15
1BS8/FJ00021             IN-FORMA-PAUPERIS DATA                  15:38:27
TDCJ#: 01478496 SID#: 07803910 LOCATION: DANIEL       INDIGENT DTE: 01/16/15
NAME: SAGASTUME,WALTER ARNOLD           BEGINNING PERIOD: 03/01/15
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          0.01 TOT HOLD AMT:        0.00 3MTH TOT DEP:       0.00
6MTH DEP:             1.47 6MTH AVG BAL:        0.09 6MTH AVG DEP:       0.25
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
08/15      0.01          0.00           05/15      0.01          0.00
07/15      0.01          0.00           04/15      0.01          0.00
06/15      0.01          0.00           03/15      3.16          1.47
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF *Scurry*
ON THIS THE _1_ DAY OF *September, 15* I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



JOHN M. FLOYD
Notary Public, State of Texas
My Commission Expires
OCTOBER 10, 2015
Notary without Bond